Date signed May 12, 2006



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | |
|---|---|
| IN RE: | : |
| | : |
| BRADOCK R. WOLFSON | :    Case No. 05-41298PM |
| | :               Chapter 7 |
|            Debtor | : |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : |

**MEMORANDUM OF DECISION**

       The court has before it a pleading filed in proper person by the Debtor, entitled "Objection to Sale Request for Hearing Request for Appropriate Writs and Mailings and Fulfillment of Restitution Order," that the court must deny for lack of standing. Under long standing Fourth Circuit precedent, an insolvent Chapter 7 debtor lacks standing to challenge the proposed sale of his primary assets in that he lacks a pecuniary interest in the litigation. *In re Willemain*, 764 F.2d 1019, 1022 (CA4 1985).

       Debtor's primary assets consist of two parcels of property in Landover, Maryland, that he owns as a joint tenant with his father and that he schedules, under oath, as worth $50,000.00 each, subject to liens of $224,939.51. A Proof of Claim was filed on behalf of Frigidaire Financial Corporation in the sum of $181,469.15, and no objection was filed to this proof of claim. In addition, Debtor scheduled, under oath, tax liens of approximately $125,000.00. This estate is insolvent. Debtor's claim of exemption in the subject properties, contrary to as stated in his papers, is $10.00 as to each parcel. That claim of exemption has not been amended.

       Finally, Debtor seeks to have the proceeds of the sale of the subject property, Unit #1956, Frenchmans Creek, 7519 Riverdale Road, Landover, Maryland, applied to pay down restitution

ordered by the Circuit Court of Charles County, Maryland.  No proof of claim was filed in connection with that obligation.  In any event, that claim is subordinate to the liens on the subject property.  For the foregoing reasons, the Debtor's objection will be overruled in all respects.

cc:
Bradock Wolfson, Eastern Correctional Institution, 333-500 2-0-38, 304 Revells Neck Road,
     Westover, MD 21890
Andrew O. Wilson II, Esq., 275 West Street, Suit 216, Annapolis, MD 21401
Gary A. Rosen, Trustee, One Church Street, Suite 802, Rockville, MD 10850

**End of Memorandum**