Date signed June 09, 2006



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| IN RE: | : |
| BRADOCK R. WOLFSON | :  Case No. 05-41298PM |
| | :  Chapter 7 |
| Debtor | : |

**MEMORANDUM OF DECISION**

      The court has before it Motions filed by the Debtor to reconsider this court's Order entered May 12, 2006, overruling in all respects his objection to the sale of certain property. While the Motions are untimely, the court will restate the reasons for this decision.

      As pointed out, this is an insolvent bankruptcy estate, and the Debtor has no standing to prosecute his objection. While there has not been a bar date for filing proofs of claim, Frigidaire Financial Corporation filed a secured claim on November 1, 2005, in the sum of $181,469.15. Debtor's own pleadings filed under oath, that is, Schedules and Statement of Affairs, reflect secured claims in excess of $290,000.00, and creditors holding unsecured claims without priority of over $75,000.00. Furthermore, while it would be to the Debtor's advantage to have debts arising under his Order of Restitution paid ahead of everyone else, there is no proof of claim filed on behalf of the entity holding the claim, and it is unlikely that any payment would be made to creditors in the Class of creditors affected.

      An appropriate order will be entered.

cc:

Bradock Wolfson, Eastern Correctional Institution, 333-500 2-0-38, 304 Revells Neck Road,
     Westover, MD 21890
Andrew O. Wilson II, Esq., 275 West Street, Suit 216, Annapolis, MD 21401
Gary A. Rosen, Trustee, One Church Street, Suite 802, Rockville, MD 10850

**End of Memorandum**