Date signed March 21, 2007



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

IN RE:                                     :
                                           :
BRADOCK R. WOLFSON                         :        Case No. 05-41298PM
                                           :              Chapter 7
              Debtor                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

### MEMORANDUM OF DECISION

The Debtor has filed a paper entitled Declaration of Pecuniary Interest in response to the Trustee's report of the sale of the Debtor's interest in property known as 7519 Riverdale Road, Apartment 1949, Riverdale, Maryland.

Inasmuch as the proceeds of the sale of the Debtor's interest will be consumed entirely by the administrative expenses, including the Trustee's commission and fees for the Trustee's attorney, if any, the Debtor's exempt property, the liens on the proceeds securing the interests of Branch Banking & Trust Company, a judgment in the principal amount of $20,419.30 recorded among the Land Records of Prince George's County, Maryland, on June 11, 2004, the lien securing Electrolux Financial Corporation, f/k/a Frigidaire Financial Corporation, said to be based upon a Confessed Judgment filed in the Circuit Court for Prince George's County, Maryland, on July 16, 2002, in the original amount of $87,989.84, and tax liens said to secure the Comptroller of Maryland exceeding $100,000.00, all liens having been scheduled by the Debtor or his Schedule D filed under oath on October 15, 2005, the court cannot find any basis for the Declaration of Pecuniary Interest, and finds that the Debtor has no standing to object to the distribution of the limited funds held by the Trustee. *See generally, In re Willemain*, 764 F.2d 1019, 1022 (CA4 1985). An appropriate order will entered.

cc:

Bradock Wolfson, #333-500, Eastern Correctional Institution,
        30420 Revells Neck Road, Westover, MD 21890
Andrew G. Wilson II, Esq., 275 West Street, Suite 216, Annapolis, MD 21401
Gary A. Rosen, Trustee, Once Church Street, Suite 802, Rockville, MD 20850

**End of Memorandum**